JACOB D. FLESHER, (SBN: 210565)
NAISHA COVARRUBIAS (SBN:  239499)
**FLESHER McKAGUE LLP**
2202 Plaza Drive
Rocklin, CA 95765
Telephone:  (916) 358-9042
Facsimile:   (916) 673-9672

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| JESS ANZO JR,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNION PACIFIC RAILROAD COMPANY, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:13-CV-00355-KJM-CMK<br><br>**ORDER ON DEFENDANT UNION PACIFIC'S MOTION TO COMPEL PLAINTIFF TO PROVIDE VERIFIED RESPONSES TO WRITTEN DISCOVERY REQUESTS**<br><br>**DATE:**     June 18, 2014<br>**TIME:**     10:00a.m.<br>**DEPT.:**    304, 3rd floor |

The Motion of Defendant UNION PACIFIC RAILROAD COMPANY, in the above entitled matter, for an Order Compelling Plaintiff to Provide Verified Responses to Written Discovery and Request for Monetary Sanctions, came on for hearing before this court on June 18, 2014.  Counsel Larry Lockshin appeared for Plaintiff, and defense counsel Naisha Covarrubias appeared for Defendant.  After considering all papers filed in support or opposition thereto, and being heard on the above referenced date in the above referenced department, the Court finds:

Union Pacific's Motion to Compel is GRANTED.  Union Pacific's request for Monetary Sanctions is GRANTED.  Plaintiff's counsel is ORDERED to pay sanctions in the amount of $1,000.00 to Union Pacific Railroad Company for the reasonable

1 costs associated with the preparation and filing of Defendant's Motion to Compel
2 Verified responses to written discovery requests.
3 **IT IS SO ORDERED.**
4 Dated:  June 26, 2014

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE