UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESS ANZO, JR., | Civ. No. 2:13-cv-00355-KJM-CMK |
| Plaintiff, | |
| v. | ORDER |
| UNION PACIFIC RAILROAD COMPANY, | |
| Defendant. | |

On October 10, 2014, the parties filed a joint pretrial statement, in which they request the court set a court convened settlement conference. Magistrate Judge Kendall J. Newman has been randomly selected as the settlement judge. A settlement conference is scheduled before Judge Newman for October 28, 2014 at 9:00 a.m. in Courtroom No. 25, 8th Floor.

The parties are directed to submit their confidential settlement conference statements to the court using the following email address: kjnorders@caed.uscourts.gov. Statements are due at least seven (7) days prior to the Settlement Conference. Each party is reminded of the requirement that it be represented in person at the settlement conference by a

/////

/////

1

person able to dispose of the case or fully authorized to settle the matter at the settlement conference on any terms.  *See* Local Rule 270.

DATED: October 15, 2014.

_____
UNITED STATES DISTRICT JUDGE