LARRY LOCKSHIN, ESQ. (SBN 61926)
A LAW CORPORATION
254 Seawind Drive
Vallejo, CA  94590
TEL:     (916) 649-3777
FAX:     (916) 649-3779
Email:   LockshinLawCorp@aol.com

KRISTOFFER S. MAYFIELD (SBN 249310)
HILDEBRAND, McLEOD & NELSON, LLP
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA  94612
TEL:     (510) 451-6732
FAX:     (510) 465-7023
Email:   Mayfield@hmnlaw.com

Attorneys for Plaintiff
JESS ANZO, JR.

Jacob D. Flesher, Esq. (SBN 210565)
Naisha Covarrubias, Esq. (SBN 239499)
FLESHER / McKAGUE, LLP
2202 Plaza Dive
Rocklin, CA  95765
TEL:     (916) 358-9042
FAX:     (916) 673-9672
Email:   Jacob D. Flesher jdf@fbmllp.com
         Naisha Covarrubias nc@fbmllp.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESS ANZO, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNION PACIFIC RAILROAD COMPANY <br><br> Defendant. | CASE NO. 2:13-CV-00355-KJM-CMK <br><br> **STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE** <br><br> **Date:**     December 17, 2014 <br> **Time:**     9:00 A.M. <br> **Crtrm:**    25 <br><br> **TRIAL:**   February 23, 2015 |

The parties by and through their respective counsel, hereby move this Honorable Court for an Order continuing the Settlement Conference in this matter currently set for December 17, 2014 to

1

Stipulation and Order to Continue Settlement Conference
2:13-CV-00355

January 21, 2015 at 9:30 A.M.

The parties jointly request this short continuance because Mr. Anzo recently underwent total right knee replacement surgery on November 20, 2014, and is currently experiencing pain and discomfort such that he is physically incapable of travelling the distance necessary to attend the Settlement Conference.  Mr. Anzo resides in Mt. Shasta, California, approximately 4-hours driving time to the federal court house in Sacramento.

Plaintiff's counsel's office called the Court advising of the parties agreement to stipulate to continuing the December 17, 2014 Settlement Conference and was provided with several dates in January that the Court is available to hear the Settlement Conference.  From the dates provided, the parties met and conferred and mutually agreed to **January 21, 2015**.

WHEREFORE, the parties respectfully request that this Honorable Court grant this stipulation for continuance and order that the Settlement Conference be continued to **January 21, 2015 at 9:30 A.M.**, Courtroom 25, of the above-entitled court.

DATED:   December 5, 2014

HILDEBRAND, McLEOD & NELSON, LLP

By:___ */s/ Kristoffer S. Mayfield*___
      Kristoffer S. Mayfield, Esq.
      Attorney for Plaintiff
      JESS ANZO

DATED:   December 5, 2014

FLESHER / McKAGUE, LLP

By:_____
      Naisha Covarrubias, Esq.
      Attorney for Defendant
      UNION PACIFIC RAILROAD

**ORDER**

IT IS HEREBY ORDERED, that having reviewed the matter and finding good cause, the Settlement Conference is continued from December 17, 2014 to **January 21, 2015 at 9:30 A.M. in Courtroom 25** of this Court.

ENTERED this 16th day of this December, 2014.

Dated:  December 16, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE